Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Darrell Lenard Bates, Harrisonburg, LA, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Darrell Lenard Bates appeals the denial of an innominate pleading he filed in a criminal proceeding that has long been closed. The pleading did not concern the criminal case. Bates failed to identify any jurisdictional basis for his pleading, and he failed to make any coherent argument or to state any cognizable claim. Because his appeal fails to identify any legal basis for relief, it is frivolous, *see Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983), and is DISMISSED. *See* 5TH CIR. R. 42.2. All outstanding motions are DENIED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jermaine D. STARKS, Defendant–Appellant.**

No. 07–30750
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 14, 2009.

Michael J. Jefferson, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Richard Mark Upton, Law Office of Richard M. Upton, Baton Rouge, LA, for Defendant–Appellant.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jermaine D. Starks has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Starks has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.